[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15023
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-00156-JEC

MICHAEL BRADFORD,

                                                                Plaintiff-Appellant,

versus

DWAYNE CARTER,
a.k.a. Lil Wayne, et al.,

                                                                Defendants,

DARIUS J. HARRISON, a.k.a. Deezel,
BMI, INC.,
DWAYNE MICHAEL CARTER, JR.,
a.k.a. Lil Wayne,
BOBBY MARCEL WILSON,
a.k.a. Bobby Valentino,
CASH MONEY RECORDS, INC., et al.,

                                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 27, 2012)

Before BARKETT, PRYOR, and COX, Circuit Judges.

PER CURIAM:

The district court dismissed Michael Bradford's civil action with prejudice pursuant to Fed. R. Civ. P. 41(b), denying in the same order Bradford's motion to dismiss without prejudice. Bradford appeals. He contends that the district court abused its discretion in dismissing with prejudice and in denying his request for dismissal without prejudice. (R.1-169.)

This litigation spanned about two years and eight months. Misconduct by one of Bradford's former attorneys is not disputed. And, misconduct by Bradford himself has support in the record. We conclude that Bradford has not shown that the district court abused its discretion in dismissing the action with prejudice.

AFFIRMED.